**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
NORTHERN DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| WILLIAM P. NALLON, | CASE NO. 05-03993 ERW |
| | JUDGE EUGENE R. WEDOFF |
| Debtor | |

**TRUSTEE'S FINAL REPORT**

To:   THE HONORABLE EUGENE R. WEDOFF
       BANKRUPTCY JUDGE

NOW COMES LOUIS W. LEVIT, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report and Account in accordance with 11 U.S.C. §704(9).

1.   LOUIS W. LEVIT was appointed as the Chapter 7 trustee ("Trustee"). The Petition commencing this case was filed on February 8, 2005. The Trustee was appointed on February 8, 2005. An order for relief under Chapter 7 was entered on February 8, 2005. The Trustee's case bond is included within the Trustee's blanket bond.

2.   The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A. The Trustee has not found it advisable to oppose the Debtor discharge.

3.   The disposition of estate property is set forth in Exhibit B. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.   A summary of the Trustee's Final Report as of September 21, 2007 is as follows:

    a. RECEIPTS (See Exhibit C)      $ 30,298.13

    b. DISBURSEMENTS (See Exhibit C)      $ 0.00

    c. NET CASH available for distribution      $ 30,298.13

    d. TRUSTEE/PROFESSIONAL COSTS
        1. Trustee compensation requested (See Exhibit E)      $ 3,779.81
        2. Trustee Expenses (See Exhibit E)      $ 29.95
        3. Compensation requested by attorney or other
           professionals for trustee (See Exhibit F)      $ 2,400.00

5.     The Bar Date for filing unsecured claims expired on January 23, 2006.

6.     All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee. The actual dollar amount of claims allowed and/or requested for this estate is as follows:

    a. Allowed unpaid secured claims      $ 0.00

    b. Chapter 7 Administrative and 28 U.S.C. §1930 claims      $ 6,209.76

    c. Allowed Chapter 11 Administrative Claims      $ 0.00

    d. Allowed priority claims      $ 0.00

    e. Allowed unsecured claims      $ 29,859.45

7.     Trustee proposes that unsecured creditors receive a distribution of 80.67% of allowed claims

8.     Total compensation and expense previously awarded to Trustee's counsel, accountant or other professional was $0.00. Professional's compensation and expense requested but not yet allowed is $2,400.00 . The total of Chapter 7 professional fees and expenses requested for final allowance is $2,400.00.

9.     A fee of $1,250.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

Dated: <u>September 21, 2007</u>           RESPECTFULLY SUBMITTED,

By:/s/Louis W. Levit, Trustee
    LOUIS W. LEVIT, Trustee
    LOUIS W. LEVIT, P. C,
    555 Skokie Blvd
    SUITE 500
    Northbrook, IL  60062
    Telephone # (847) 897-5710
    Bar Number:  1641107

**EXHIBIT A**

The Trustee reviewed the Debtors' Schedule of Assets and Liabilities and Statements of Financial Affairs. The Trustee conducted an examination of the Debtors at the Section 341 meeting of creditors.

  A.  The Trustee investigated the value of the Debtor's interest in the property commonly known as 1284 Earl Drive, Des Plaines, Illinois ("Property"); upon the Trustee's investigation, the Trustee determined that the scheduled value of the Property was less than the actual appraised value of the Property and that the current market value of the Property exceeded the outstanding mortgage on the Property; the Trustee undertook to negotiate with the Debtor for a transfer of the equity in the Property back to the Debtor; the Trustee engaged in extensive negotiations regarding a transfer price and allowance of the Trustee's claimed homestead exemption in the Property; ultimately, the Trustee settled with the Debtor such that the Debtor paid the Estate $30,000 for the equity in the Property and waived his claimed homestead exemption (the "Compromise");

  B.  The Trustee prepared semi-annual reports to the United States Trustee's Office;

  C.  The Trustee managed the Estate's cash on hand. This included investing the Estate's funds in interest bearing accounts and maintaining a report of cash receipts and disbursements;

  D.  The Trustee examined the Debtors' records in an effort to identify additional assets available to the Estate for liquidation and to verify the disposition of assets;

  E.  The Trustee attended to tax issues for the Estate; the Trustee has sought a waiver from the requirement of filing Estate tax returns; in the event that a waiver is not granted, the Trustee will undertake to prepare and file Estate tax returns;

  F.  The Trustee reviewed the claims filed in this case, this included determining the Debtor's right to homestead exemption; as part of the Compromise, the Debtor waived his claim for homestead exemption.

**EXHIBIT B**

**DISPOSITION OF ESTATE PROPERTY**

| Scheduled Property and Disposition | Amount Realized |
|---|---|
|  | $30,000.00 |

| Unscheduled Property | Amount Realized |
|---|---|
| See Form 1 attached hereto | $298.13 |

|  |  |
|---|---|
| TOTAL RECEIPTS | $ 30,298.13 |
| TOTAL SCHEDULED VALUE OF PROPERTY ABANDONED | $ 0.00 |
| TOTAL SCHEDULED VALUE OF EXEMPT PROPERTY | $ 8,750.00 |

Page: 1

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

**Case Number:** 05-03993 ERW
**Case Name:** NALLON, WILLIAM P
**Period Ending:** 09/16/07

**Trustee:** (330450)   LOUIS W. LEVIT
**Filed (f) or Converted (c):** 02/08/05 (f)
**§341(a) Meeting Date:** 06/29/05
**Claims Bar Date:** 01/23/06

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real Property | 168,000.00 | 30,000.00 | | 30,000.00 | FA |
| 2 | BANK ACCOUNTS | 1,200.00 | 0.00 | | 0.00 | FA |
| 3 | HOUSEHOLD GOODS AND FURNISHINGS | 500.00 | 0.00 | | 0.00 | FA |
| 4 | WEARING APPAREL AND JEWELRY | 500.00 | 0.00 | | 0.00 | FA |
| 5 | AUTOMOBILES AND OTHER VEHICLES | 6,900.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 298.13 | Unknown |
| 6 | **Assets  Totals** (Excluding unknown values) | **$177,100.00** | **$30,000.00** | | **$30,298.13** | **$0.00** |

**Major Activities Affecting Case Closing:**
Trustee received court authority to sell Debtor's interest in real estate.  Trustee will attend to tax matters of the Estate and thereafter prepare and file his Final Report.

**Initial Projected Date Of Final Report (TFR):** June 30, 2007          **Current Projected Date Of Final Report (TFR):** June 30, 2007

Printed: 09/16/2007 09:39 PM     V.9.52

**EXHIBIT C**

**CASH RECEIPTS AND DISBURSEMENTS**

(See Form 2 attached hereto)

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 05-03993 ERW | | Trustee: | LOUIS W. LEVIT (330450) |
|---|---|---|---|---|
| Case Name: | NALLON, WILLIAM P | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****63-65 - Money Market Account |
| Taxpayer ID #: | 13-7517624 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/16/07 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/21/06 | {1} | Webster & Schelli | Sale of real estate | 1110-000 | 30,000.00 | | 30,000.00 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 3.95 | | 30,003.95 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 20.39 | | 30,024.34 |
| 06/20/06 | | JP MORGAN CHASE | ADJUSTMENT--Reversal of withholding | 2990-000 | | -6.82 | 30,031.16 |
| 06/20/06 | | JP Morgan Chase Bank | Backup withholding taxes | 2990-000 | | 6.82 | 30,024.34 |
| 06/30/06 | | VOID | VOID | 2990-000 | | 0.00 | 30,024.34 |
| 06/30/06 | | JP MORGAN CHASE | ADJUSTMENT--Reversal of withholding | 2990-000 | | -5.53 | 30,029.87 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest Earned | 1270-000 | 19.75 | | 30,049.62 |
| 06/30/06 | | JP Morgan Chase Bank | Backup withholding taxes | 2990-000 | | 5.53 | 30,044.09 |
| 07/31/06 | | JP MORGAN CHASE | ADJUSTMENT--Reversal of withholding | 2990-000 | | -5.71 | 30,049.80 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 20.41 | | 30,070.21 |
| 07/31/06 | | JP Morgan Chase Bank | Backup withholding taxes | 2990-000 | | 5.71 | 30,064.50 |
| 08/31/06 | | JP MORGAN CHASE | ADJUSTMENT-Reversal of withholding | 2990-000 | | -5.72 | 30,070.22 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 20.42 | | 30,090.64 |
| 08/31/06 | | JP Morgan Chase Bank | Backup withholding taxes | 2990-000 | | 5.72 | 30,084.92 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 19.10 | | 30,104.02 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 21.08 | | 30,125.10 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 19.78 | | 30,144.88 |
| 12/29/06 | | Reversal of withholding | ADJUSTMENT | 2990-000 | | -5.35 | 30,150.23 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 19.13 | | 30,169.36 |
| 12/29/06 | | JP MOrgan Chase Bank | | 2990-000 | | 5.35 | 30,164.01 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 20.09 | | 30,184.10 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 15.02 | | 30,199.12 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 16.12 | | 30,215.24 |

Subtotals :  $30,215.24   $0.00

{} Asset reference(s)                                                                                           Printed: 09/16/2007 09:39 PM    V.9.52

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 05-03993 ERW
**Case Name:** NALLON, WILLIAM P

**Trustee:** LOUIS W. LEVIT (330450)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** \*\*\*-\*\*\*\*\*63-65 - Money Market Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

**Taxpayer ID #:** 13-7517624
**Period Ending:** 09/16/07

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 16.67 | | 30,231.91 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 16.68 | | 30,248.59 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 15.61 | | 30,264.20 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 17.23 | | 30,281.43 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 16.70 | | 30,298.13 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 30,298.13 | 0.00 |
| Less: Bank Transfers | 0.00 | 0.00 |
| Subtotal | 30,298.13 | 0.00 |
| Less: Payments to Debtors |  | 0.00 |
| NET Receipts / Disbursements | $30,298.13 | $0.00 |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MMA # \*\*\*-\*\*\*\*\*63-65 | 30,298.13 | 0.00 | 30,298.13 |
| | $30,298.13 | $0.00 | $30,298.13 |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
NORTHERN DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| WILLIAM P. NALLON, | CASE NO. 05-03993 ERW |
| | JUDGE EUGENE R. WEDOFF |
| Debtor | |

**PROPOSED DISTRIBUTION REPORT**

I, <u>LOUIS W. LEVIT</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 6,209.76 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 24,088.37 |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ 30,298.13 |

**EXHIBIT D**

**DISTRIBUTION REPORT**  **PAGE 2**

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | Secured Claims | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | 6,209.76 | 100.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| | Louis W. Levit, Trustee, *Trustee Fees* | 3,779.81 | 3,779.81 |
| | Louis W. Levit, Trustee, *Trustee Expenses* | 29.95 | 29.95 |
| | Law Offices of Louis W. Levit P.C., *Trustee's Attorney Fees (Trustee Firm)* | 2,400.00 | 2,400.00 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL    $ | 0.00 |

**EXHIBIT D**

**DISTRIBUTION REPORT**                                             **PAGE 3**

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL | $ | 0.00 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL | $ | 0.00 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL | $ | 0.00 |

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL | $ | 0.00 |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(7) - Alimony | | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |

**EXHIBIT D**

**DISTRIBUTION REPORT** **PAGE 4**

|  |  | TOTAL | $ | 0.00 |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
| --- | --- | --- | --- |
| §724(b)(6) - Tax Liens: | | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
| --- | --- | --- | --- |
| §507(a)(8) - Tax claims excluding fines and penalties | | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
| --- | --- | --- | --- |
| §507(a)(9) - Capital Commitments to FDIC, et al. | | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
| --- | --- | --- | --- |
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | | $29,859.45 | 80.67% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| 1 | MBNA America Bank N.A., *General Unsecured Claims* | 10,075.48 | 8,128.14 |
| 2 | Citibank (USA) NA , *General Unsecured Claims* | 8,405.93 | 6,781.28 |
| 3 | DISCOVER FINANCIAL SERVICES , *General Unsecured Claims* | 11,378.04 | 9,178.95 |
| | | TOTAL $ | 24,088.37 |

**EXHIBIT D**

**DISTRIBUTION REPORT**                                                      **PAGE 5**

| **14.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| | General Unsecured Subordinated claims | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL  $ | 0.00 |

| **15.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| | §726(a)(3) - Late unsecured claims | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL  $ | 0.00 |

| **16.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| | §726(a)(4) - Fines/penalties | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL  $ | 0.00 |

| **17.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| | §726(a)(5) - Interest | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL  $ | 0.00 |

**EXHIBIT D**

**DISTRIBUTION REPORT** **PAGE 6**

| **18.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| §726(a)(6) - Surplus to Debtor | | 0.00 | 0.00% |

| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
|---|---|---|---|
| | | TOTAL    $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| **TYPE OF CLAIM** | **CLAIM NUMBER** | **CREDITOR AND ADDRESS** | **AMOUNT OF CLAIM** | **DISALLOWED /WITHDRAWN (DESIGNATE)** |
|---|---|---|---|---|

  WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.


DATED: _____        _____
                                      LOUIS W. LEVIT, Trustee