**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
NORTHERN DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| WILLIAM P. NALLON, | CASE NO. 05-03993 ERW |
| Debtor. | JUDGE EUGENE R. WEDOFF |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor, Creditors, and other Parties in Interest:

1.  NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:  U.S. BANKRUPTCY COURT
         219 SOUTH DEARBORN, COURTROOM 744
         CHICAGO, ILLINOIS 60604

    on:  **January 16, 2008**
    at:  **10:00 a.m.**

2.  The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.  The Trustee's Final Report shows total:

    a. Receipts                            $         30,298.13

    b. Disbursements                       $              0.00

    c. Net Cash Available for Distribution $         30,298.13

4.  Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Law Offices of Louis W. Levit P.C. (Trustee's Firm Legal Fees) | 0.00 | $2,400.00 | |
| Louis W. Levit, Trustee (Trustee Fees) | 0.00 | $3,779.81 | |

Louis W. Levit, Trustee                                       0.00                    $29.95
(Trustee Expenses)

5.     Applications for Chapter 11 fees and administrative expenses have been filed as follows: NONE

6.     In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. **The priority dividend is anticipated to be 100.00%.**

Allowed priority claims are: NONE

7.     Claims of general unsecured creditors totaling $29,859.45 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 80.67%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | MBNA America Bank N.A. | $ 10,075.48 | $ 8,128.14 |
| 2 | Citibank (USA) NA | $ 8,405.93 | $ 6,781.28 |
| 3 | DISCOVER FINANCIAL SERVICES | $ 11,378.04 | $ 9,178.95 |

8.     Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.     The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.    Debtor has been discharged.

11.    The Trustee proposed to abandon the following property at the hearing:

Dated: **December 7, 2007**           For the Court,

                                By: **KENNETH S. GARDNER**
                                   Kenneth S. Gardner
                                   Clerk of the United States Bankruptcy Court
                                   219 S. Dearborn Street; 7th Floor
                                   Chicago, IL  60604

Trustee: LOUIS W. LEVIT
Address: LOUIS W. LEVIT, P. C,
555 Skokie Blvd
SUITE 500
Northbrook, IL  60062
Phone No.: (847) 897-5710

BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

8993   Doc 39   Filed 12/07/07   Entered 12/09/07 23:34:59   Desc Imaged
          Certificate of Service        Page 3 of 3

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7              Page 1 of 1            Date Rcvd: Dec 07, 2007
Case: 05-03993                 Form ID: pdf002          Total Served: 16

The following entities were served by first class mail on Dec 09, 2007.
db          +William P Nallon,   1284 Earl,   DesPlaines, IL 60018-1406
aty         +Anthony L Russo,   1761 South Naperville,   Wheaton, IL 60187-8146
aty         +Louis W Levit,   555 Skokie Blvd, Suite 500,   Northbrook, IL 60062-2845
tr          +Louis W Levit, ESQ,   555 Skokie Boulevard # 500,   Northbrook, IL 60062-2845
8931326     +BANK ONE,   PO BOX 15153,   WILMINGTON, DE 19886-5153
8931330     +CHASE MASTERCARD,   PO BOX 52195,   PHOENIX, AZ 85072-2195
8931332     +CITIBANK SOUTH DAKOTA,   C/O FROEDMAN & WEXLER LLC,   500 W MADISON  #2910,
             CHICAGO, IL 60661-4571
10495811    +Citibank (USA) NA,   PO Box 182149,   Columbus OH 43218-2149
8931328      FLEET CREDIT CARD SERVICES,   PO BOX 1070,   NEWARK, JY  07101
8931325     +FORD CREDIT,   PO BOX 219825,   KANSAS CITY, MO 64121-9825
8931329     +MBNA AMERICA,   PO BOX 15137,   WILMINGTON, DE 19886-5137
10490142    +MBNA America Bank N.A.,   PO Box 15168 MS 1423,   Wilmington DE 19850-5168
8931327      SEARS GOLD MASTERCARD,   PO BOX 181256,   COLUMBUS, OH 43218
8931324     +WASHINGTON MUTUAL,   PO BOX  70308,   CHARLOTTE, NC 28272-0308

The following entities were served by electronic transmission on Dec 08, 2007.
10547242     E-mail/PDF: mrdiscen@discoverfinancial.com Dec 08 2007 03:20:56      DISCOVER FINANCIAL SERVICES,
              PO BOX 8003,   HILLIARD, OH 43026
8931331      E-mail/PDF: mrdiscen@discoverfinancial.com Dec 08 2007 03:20:56      DISCOVER CARD,   PO BOX 30395,
              SAULT LAKE CITY,  UT 84130
                                                                                               TOTAL: 2

            ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 09, 2007**            **Signature:**   *Joseph Speetjens*