**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
NORTHERN DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| WILLIAM P. NALLON, | CASE NO. 05-03993 ERW |
| | HON. EUGENE R. WEDOFF |
| Debtor | |

**TRUSTEE'S FINAL ACCOUNT AND APPLICATION
TO CLOSE CASE AND DISCHARGE THE TRUSTEE**

TO:   THE HONORABLE EUGENE R. WEDOFF,
      BANKRUPTCY JUDGE

   Final distribution of all monies has been made in accordance with the Orders Awarding Compensation and Expenses, copies of which are attached as Exhibit "A," and the Trustee's Distribution Report, a copy of which is attached as Exhibit "B."

   All checks have been cashed.   The final Form II is attached as Exhibit "C" reflecting a balance of zero for this estate.

   The Trustee certifies that the estate has been fully administered, requests that he be discharged, and the case closed pursuant to 11 U.S.C. §350.


March 25, 2008                       /s/Louis W. Levit, Trustee
DATE                                 LOUIS W.  LEVIT, TRUSTEE

**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| WILLIAM P. NALLON, | CASE NO. 05-03993 |
| | JUDGE EUGENE R. WEDOFF |
| Debtor | |

### ORDER AWARDING COMPENSATION AND EXPENSE REIMBURSEMENT TO LOUIS W. LEVIT, TRUSTEE

THIS MATTER BEING HEARD on the First and Final Application for Allowance and Payment of Compensation and Expense Reimbursement of Louis W. Levit, Trustee, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the request for compensation is allowed as follows:

Louis W. Levit, Trustee
a. Trustee Compensation         $3,779.81
b. Trustee Expenses             $29.95

    TOTAL                    $3,809.76

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

Dated this 16 day of January, 2008

ENTERED: _____
JUDGE EUGENE R. WEDOFF
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                              CHAPTER 7 CASE

WILLIAM P. NALLON,                                  CASE NO. 05-03993

                                                    JUDGE EUGENE R. WEDOFF
        Debtor

## ORDER AWARDING COMPENSATION
## TO LOUIS W. LEVIT, P. C., AS ATTORNEYS FOR TRUSTEE

THIS MATTER BEING HEARD on the First and Final Application for Allowance and Payment of Compensation of Louis W. Levit, P. C., notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the request for compensation is allowed as follows:

Louis W. Levit, P. C.
a.  *Attorney for Trustee Compensation*               $2,400.00

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowance listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

Dated this 16th day of January, 2008

ENTERED: _____
JUDGE EUGENE R. WEDOFF
UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT B**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
NORTHERN DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| WILLIAM P. NALLON, | CASE NO. 05-03993 ERW |
| | JUDGE EUGENE R. WEDOFF |
| Debtor | |

**DISTRIBUTION REPORT**

I, <u>LOUIS W. LEVIT</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | |
|---|---:|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 6,209.76 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 24,162.89 |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ 30,372.65 |

**DISTRIBUTION REPORT** **PAGE 2**

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| Secured Claims | | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | 6,209.76 | 100.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| | Louis W. Levit, Trustee, *Trustee Fees* | 3,779.81 | 3,779.81 |
| | Louis W. Levit, Trustee, *Trustee Expenses* | 29.95 | 29.95 |
| | Law Offices of Louis W. Levit P.C., *Trustee's Attorney Fees (Trustee Firm)* | 2,400.00 | 2,400.00 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

**DISTRIBUTION REPORT**             **PAGE 3**

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL   $ | 0.00 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL   $ | 0.00 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL   $ | 0.00 |

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL   $ | 0.00 |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(7) - Alimony | | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |

**DISTRIBUTION REPORT**             **PAGE 4**

|  |  | TOTAL | $ | 0.00 |
|---|---|---|---|---|

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §724(b)(6) - Tax Liens: | | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
|  |  | TOTAL  $ | 0.00 |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
|  |  | TOTAL  $ | 0.00 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
|  |  | TOTAL  $ | 0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | | $29,859.45 | 80.92% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| 1 | MBNA America Bank N.A., *General Unsecured Claims* | 10,075.48 | 8,153.29 |
| 2 | Citibank (USA) NA , *General Unsecured Claims* | 8,405.93 | 6,802.25 |
| 3 | DISCOVER FINANCIAL SERVICES , *General Unsecured Claims* | 11,378.04 | 9,207.35 |
|  |  | TOTAL  $ | 24,162.89 |

**DISTRIBUTION REPORT**                                                                 **PAGE 5**

| **14.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| | General Unsecured Subordinated claims | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| **15.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| | §726(a)(3) - Late unsecured claims | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| **16.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| | §726(a)(4) - Fines/penalties | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| **17.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| | §726(a)(5) - Interest | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| **18.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| | §726(a)(6) - Surplus to Debtor | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

**DISTRIBUTION REPORT**                                                                                              **PAGE 6**

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| **TYPE OF CLAIM** | **CLAIM NUMBER** | **CREDITOR AND ADDRESS** | **AMOUNT OF CLAIM** | **DISALLOWED /WITHDRAWN (DESIGNATE)** |
|---|---|---|---|---|
| | | | | |

      WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.


DATED: January 24, 2008            /s/:Louis W. Levit, Trustee
                                   LOUIS W. LEVIT, Trustee

**EXHIBIT C**

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 05-03993 ERW | | Trustee: | LOUIS W. LEVIT (330450) |
|---|---|---|---|---|
| Case Name: | NALLON, WILLIAM P | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****63-65 - Money Market Account |
| Taxpayer ID #: | 13-7517624 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 03/21/08 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/21/06 | {1} | Webster & Schelli | Sale of real estate | 1110-000 | 30,000.00 | | 30,000.00 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 3.95 | | 30,003.95 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 20.39 | | 30,024.34 |
| 06/20/06 | | JP MORGAN CHASE | ADJUSTMENT--Reversal of withholding | 2990-000 | | -6.82 | 30,031.16 |
| 06/20/06 | | JP Morgan Chase Bank | Backup withholding taxes | 2990-000 | | 6.82 | 30,024.34 |
| 06/30/06 | | VOID | VOID | 2990-000 | | 0.00 | 30,024.34 |
| 06/30/06 | | JP MORGAN CHASE | ADJUSTMENT--Reversal of withholding | 2990-000 | | -5.53 | 30,029.87 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest Earned | 1270-000 | 19.75 | | 30,049.62 |
| 06/30/06 | | JP Morgan Chase Bank | Backup withholding taxes | 2990-000 | | 5.53 | 30,044.09 |
| 07/31/06 | | JP MORGAN CHASE | ADJUSTMENT--Reversal of withholding | 2990-000 | | -5.71 | 30,049.80 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 20.41 | | 30,070.21 |
| 07/31/06 | | JP Morgan Chase Bank | Backup withholding taxes | 2990-000 | | 5.71 | 30,064.50 |
| 08/31/06 | | JP MORGAN CHASE | ADJUSTMENT-Reversal of withholding | 2990-000 | | -5.72 | 30,070.22 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 20.42 | | 30,090.64 |
| 08/31/06 | | JP Morgan Chase Bank | Backup withholding taxes | 2990-000 | | 5.72 | 30,084.92 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 19.10 | | 30,104.02 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 21.08 | | 30,125.10 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 19.78 | | 30,144.88 |
| 12/29/06 | | Reversal of withholding | ADJUSTMENT | 2990-000 | | -5.35 | 30,150.23 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 19.13 | | 30,169.36 |
| 12/29/06 | | JP MOrgan Chase Bank | | 2990-000 | | 5.35 | 30,164.01 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 20.09 | | 30,184.10 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 15.02 | | 30,199.12 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 16.12 | | 30,215.24 |
| | | | | Subtotals : | $30,215.24 | $0.00 | |

{} Asset reference(s)    Printed: 03/21/2008 09:47 AM    V.10.03

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 05-03993 ERW | | Trustee: | LOUIS W. LEVIT (330450) |
|---|---|---|---|---|
| Case Name: | NALLON, WILLIAM P | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****63-65 - Money Market Account |
| Taxpayer ID #: | 13-7517624 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 03/21/08 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 16.67 | | 30,231.91 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 16.68 | | 30,248.59 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 15.61 | | 30,264.20 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 17.23 | | 30,281.43 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 16.70 | | 30,298.13 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 15.10 | | 30,313.23 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 17.80 | | 30,331.03 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest Earned | 1270-000 | 1.78 | | 30,332.81 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Reverse Interest Posting | 1270-000 | -1.78 | | 30,331.03 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest Earned | 1270-000 | 15.78 | | 30,346.81 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 15.45 | | 30,362.26 |
| 01/23/08 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.6000% | 1270-000 | 10.39 | | 30,372.65 |
| 01/23/08 | | To Account #*********6366 | for final distribution | 9999-000 | | 30,372.65 | 0.00 |
| | | | ACCOUNT TOTALS | | 30,372.65 | 30,372.65 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 30,372.65 | |
| | | | Subtotal | | 30,372.65 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $30,372.65 | $0.00 | |

{} Asset reference(s)                                                                                                 Printed: 03/21/2008 09:47 AM    V.10.03

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 05-03993 ERW  
**Case Name:** NALLON, WILLIAM P  
**Taxpayer ID #:** 13-7517624  
**Period Ending:** 03/21/08  

**Trustee:** LOUIS W. LEVIT (330450)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****63-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/23/08 | | From Account #********6365 | for final distribution | 9999-000 | 30,372.65 | | 30,372.65 |
| 01/25/08 | 101 | Law Offices of Louis W. Levit P.C. | Dividend paid 100.00% on $2,400.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,400.00 | 27,972.65 |
| 01/25/08 | 102 | MBNA America Bank N.A. | Dividend paid 80.92% on $10,075.48; Claim# 1; Filed: $10,075.48; Reference: | 7100-000 | | 8,153.29 | 19,819.36 |
| 01/25/08 | 103 | Citibank (USA) NA | Dividend paid 80.92% on $8,405.93; Claim# 2; Filed: $8,405.93; Reference: | 7100-000 | | 6,802.25 | 13,017.11 |
| 01/25/08 | 104 | DISCOVER FINANCIAL SERVICES | Dividend paid 80.92% on $11,378.04; Claim# 3; Filed: $11,378.04; Reference: | 7100-000 | | 9,207.35 | 3,809.76 |
| 01/25/08 | 105 | Louis W. Levit, Trustee | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 3,809.76 | 0.00 |
| | | | Dividend paid 100.00% on $3,779.81; Claim# ; Filed: $3,779.81 | 2100-000 | 3,779.81 | | 0.00 |
| | | | Dividend paid 100.00% on $29.95; Claim# ; Filed: $29.95 | 2200-000 | 29.95 | | 0.00 |

Subtotals : $30,372.65 $30,372.65

**Form 2**
**Cash Receipts And Disbursements Record**

Page: 4

| Case Number: | 05-03993 ERW | | Trustee: | LOUIS W. LEVIT (330450) |
|---|---|---|---|---|
| Case Name: | NALLON, WILLIAM P | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****63-66 - Checking Account |
| Taxpayer ID #: | 13-7517624 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 03/21/08 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | | | | | $0.00 |
| | | | **ACCOUNT TOTALS** | | 30,372.65 | 30,372.65 | |
| | | | Less: Bank Transfers | | 30,372.65 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 30,372.65 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$30,372.65** | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| MMA # ***-*****63-65 | 30,372.65 | 0.00 | $0.00 |
| Checking # ***-*****63-66 | 0.00 | 30,372.65 | $0.00 |
| | $30,372.65 | $30,372.65 | |

{} Asset reference(s)                                                                                                                     Printed: 03/21/2008 09:47 AM    V.10.03